UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Quasheena Atkinson,

        Plaintiff,

    v.                                16 Civ. 8935 (DAB)
                                  ADOPTION OF REPORT
                                    &amp; RECOMMENDATION

673 J.R.V. Corp. d/b/a Al's Mr. Wedge,
et al.,

        Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the March 13, 2018 Report and Recommendation of United States Magistrate Judge Katharine H. Parker ("Report"). Judge Parker's Report recommends that the Court dismiss the action for failure to prosecute.

    Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations. . . ." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The District Court may adopt those portions of the Report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

Judge Parker gave Plaintiff seventeen days to file written objections. This Court received no such objections. Thus, the Court reviews the Report and Recommendation for clear error.

The Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Judge Parker repeatedly warned Plaintiff that failure to appear would result in dismissal for failure to prosecute.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Katharine H. Parker dated March 13, 2018 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Magistrate Judge Parker's recommendation, the action is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close the docket in this case.

SO ORDERED.

DATED:   New York, NY
         April 19, 2018

_Deborah A. Batts_
Deborah A. Batts
United States District Judge